```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

         SEP 06 2017
           AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TROY R. JOHNSON, <br><br> Defendant. | NO. CR17-215 TSZ <br><br> ORDER CONTINUING DETENTION |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 6th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING DETENTION – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970