The Hon. Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY R. JOHNSON,<br><br>Defendants. | No. CR17-215-TSZ<br><br><br><br>**FORFEITURE**<br>**BILL OF PARTICULARS** |

The United States, by and through its undersigned counsel, files this Forfeiture Bill of Particulars pursuant to Fed. R. Crim. P. 7(f) and 32.2(a) to further specify the property it intends to forfeit in this case. The United States has already given notice, in the Indictment it filed on September 6, 2017, that it intends to forfeit any and all property that constitutes proceeds of the Defendant's offense, as well as any property used to facilitate that offense (Dkt. No. 10). In the Indictment, the United States specifically identified two firearms and all associated ammunition for forfeiture (*Id.*). Now, the United States gives notice it also intends to forfeit a sum of currency seized from the Defendant's residence at the time it was searched. The property subject to forfeiture in this case now includes, but is not necessarily limited to:

Forfeiture Bill of Particulars - 1
*U.S. v. Troy R. Johnson*, CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1) One Kel-Tec Model P-32 .32 auto caliber pistol, serial number 06231, and all associated ammunition;

2) One Savage Arms Model 73 .22 caliber short barrel rifle, serial number C625355, and all associated ammunition; and,

3) $33,138.00 in U.S. currency seized from the Defendant's residence in Snohomish, Washington on August 24, 2017.

DATED this 8th day of November, 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/ Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Forfeiture Bill of Particulars - 2
U.S. v. Troy R. Johnson, CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically serves the parties of record.

*Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Forfeiture Bill of Particulars - 3
*U.S. v. Troy R. Johnson,* CR17-215-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970